# KELLY COLLINS-MCMURRY

| | |
|---|---|
| **From:** | KELLY COLLINS-MCMURRY |
| **Sent:** | Friday, January 13, 2023 3:28 PM |
| **To:** | Shaina Thorpe |
| **Cc:** | ThorpeLaw Assistant; JERRY ZHANG |
| **Subject:** | RE: NEW Information re: Creighton; EEOC Charge No. 510-2022-05677 |

Good afternoon, Attorney Thorpe.

Thank you for your email and update. I have copied Systemic Lead Jerry Zhang on my response to ensure he is aware of this development.
I will be back in touch in due course.

Respectfully,
Kelly

**Kelly McMurry** (she/her)
Federal Investigator
U.S. Equal Employment Opportunity Commission
Miami District Office
100 S.E. 2nd St., Suite 1500
Miami, Florida 33131
☎ (786) 648-5832
e-mail: kelly.collins.mcmurry@eeoc.gov



**Charging Parties:**
You may obtain the status of any EEOC charge of discrimination by interacting on the Public Portal at this link: **US EEOC**.

**Respondents**:
You may access the EEOC Respondent Portal and log in to a discrimination charge at this link: **EEOC Respondent Portal**.
**Your email address must be associated with the charge for access.**

**If you are experiencing system or log-in issues with the EEOC Digital Charge System or Online Portal, please contact our Digital Support Desk with questions or concerns at digitalsupport@eeoc.gov or call the Help Desk at 1-800-569-7118. Thank you.**

Warning: All information contained in this email message is privileged and confidential for use ONLY by the Equal Employment Opportunity Commission (EEOC) and the intended recipient(s). If you are not an intended recipient, you are hereby notified that any use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please delete all copies of the message and its attachments and notify the sender immediately. Your receipt of this message is not intended to waive any applicable privilege. Emails that are sent or received by the EEOC will be retained according to EEOC's record retention schedule.

EXHIBIT 2

**From:** Shaina Thorpe <shaina@thorpelaw.net>
**Sent:** Thursday, January 12, 2023 3:30 PM
**To:** KELLY COLLINS-MCMURRY <KELLY.COLLINS.MCMURRY@EEOC.GOV>
**Cc:** ThorpeLaw Assistant <admin@thorpelaw.net>
**Subject:** NEW Information re: Creighton; EEOC Charge No. 510-2022-05677

> **CAUTION:** The sender of this message is external to the EEOC network. Please use care when clicking on links and responding with sensitive information. Forward suspicious emails to phishing@eeoc.gov.

Dear Investigator McMurry,

In the time since our call, we have heard that Kafene's management called for an emergency "all hands on deck" meeting today, wherein it was announced that Elizabeth Wadsworth had been "laid off." You'll recall she was identified during our call as the sole woman in a management position with Kafene (after the November "lay-off" of Human Resources Manager Sosha Furman). I'm not sure whether the EEOC alerted Kafene to the possible systemic nature of the investigation or something to that effect, but it occurred to me that it might be further discrimination/retaliation against women on the whole and/or in retaliation for perceived litigation risk.

Please do not hesitate to contact me should you have any questions or concerns.

Warm Regards,

*/s/ Shaina Thorpe*
Florida Bar Board Certified
In Labor and Employment Law



**ThorpeLaw, P.A.**
*Limited Clientele, Focused Attention*
www.thorpelaw.net
Tel: (813) 400-0229
shaina@thorpelaw.net

Confidentiality Note: This email and any attachment to it, contains privileged and confidential information intended for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.

**NOTE:** All lawyers must notify all recipients of email that: (1) email communications are not a secure method of communication; (2) any email that is sent to you or by you may be copied and held by various computers it may pass through as it is transmitted from you to me and vice versa; and (3) persons not participating in our communications may intercept our communications by improperly accessing either of our computers or potentially some computer unconnected to us which the email may pass through. Please advise us if you wish for future communications to be sent in an alternative manner.