**Jobs**   Companies   Advice   Coaching    Employers      SIGN IN

Search Jobs

**KAFENE**

# Area Sales Manager

3+ months ago   •   United States

Kafene is a fintech firm dedicated to empowering flexible ownership solutions for customers nationwide. Our best in class technology brings innovative point of sale financing to industries like furniture, appliances, and electronics, unlocking economic opportunity for all our stakeholders. Kafene has recently raised a large Series A round from top tier investors and will use the support to invest in talent to execute the ambitious plan ahead.

**Our team today**

Kafene's 2 co-founders bring deep capital markets expertise, portfolio management and technological domain knowledge to the table. The CEO was a very successful derivatives trader before being CFO at a billion-dollar fintech company.  The CTO has cofounded two companies after being the youngest person admitted to Y combinator and winning the prestigious Thiel fellowship. The CRO (Chief Risk officer) has run consumer credit risk at companies such as JP Morgan and One Main Financial. The rest of our 70 member team has deep startup experience and includes talent from across our competition.

Kafene believes in empowering people and offering opportunities for development, as well as professional growth. We value strong, positive relationships in all areas: with each other and our customers. Want to be a part of a team of diverse collaborators in an authentically fun culture? If so, we want to talk to you - and hear what you can bring to our growing company and team!

**What does an Area Sales Manager do?**

APPLY ON COMPANY SITE

that range from explaining the benefits of Kafene's leasing programs to training merchants on how to use Kafene's portal to maximizing customer lease volume at each store.

**What You Will Do**

Calling on and presenting to new prospects while visiting an average of 8-10 stores per weekday

Calling merchants enrolled by you, the ASM, to offer support on specific lease applications or questions

Providing support to the merchants throughout the sales cycle with partnership from our underwriting and merchant support team

Training merchants on the program and the online portal including onboarding and training the merchants' management and sales team

Answering general questions about Kafene's processes

CRM management of your merchants using HubSpot

Generating new leases from personally enrolled merchants

Monitoring reporting to help yourself and the region hit growth goals

Managing the distribution and implementation of marketing and point of sale program materials

**What you Bring to The Table**

Education: Bachelor's Degree in the business field and/or a minimum of 2 years of experience in business to business sales

Fluent in English (bilingual, English & Spanish speaking candidates are encouraged to apply)

Strong oral and written communication skills; effective listening skills; ability to present and teach small groups

Proven time management skills

Excellent phone etiquette and demonstrated customer service skills

Proactive approach to problem solving with the ability to influence positive outcomes

Strong attention to detail; self-starter; and the ability to multitask

CRM experience preferred

Ability to handle confidential information

Ability to kick serious butt and to crush all outlined goals.

No excuses

Why join Kafene?

Kafene understands that employment is a big part of everyone's lives, so we strive to provide a

Kafene understands that employment is a big part of everyone's lives, so we strive to provide a welcoming environment, generous compensation and benefits, and an opportunity for you to learn and grow both personally and professionally.

As an ASM, you will have a competitive base salary, along with lucrative commission opportunities that far exceed industry standards.

Additionally, you'll receive:

Medical insurance

Dental plans

Vision plans

Paid company holidays

Paid time off (PTO)

Mileage reimbursement or allowance agreement

Expense reimbursement

#LI-Remote

Kafene is an equal opportunity employer. We evaluate qualified applicants without regard to race, color, religion, sex, sexual orientation, gender identity, national origin, disability, veteran status, and other legally protected characteristics. If you are applying for a job in the U.S. and need a reasonable accommodation for any part of the employment process, please send an e-mail to jobs@kafene.com and let us know the nature of your request and contact information. Please note that only those inquiries concerning a request for reasonable accommodation will be responded to from this email address.

Client-provided location(s): United States

Job ID: 38e3b930-2ae9-49a6-ab6b-52049526b3e0

## Perks and Benefits

 **PROFESSIONAL DEVELOPMENT**

　　Promote From Within

　　Shadowing Opportunities


### VACATION AND TIME OFF

Paid Vacation

Paid Holidays

Personal/Sick Days


### OFFICE LIFE AND PERKS

Remote Work Opportunities


### HEALTH AND WELLNESS

Health Insurance

Dental Insurance

Vision Insurance

Wellness Program


### FINANCIAL AND RETIREMENT

401(K)

Company Equity

### SIMILAR JOBS

**Area Sales Manager**
Stryker
Remote

**Area Sales Manager. CEMEA, remote - Dubai**
GitLab
Remote

**Area Sales Manager - Mid Market - DACH**
GitLab
Remote

### SUGGESTED SEARCHES

Sales jobs

Senior Level jobs

Kafene jobs

All jobs

**SEARCH ADDITIONAL JOBS**

United States

Sales in United States

© 2022 Daily Muse Inc.

**ABOUT THE MUSE**

About Us

Team

Careers

FAQs

Contact Us

Search Jobs

Browse Companies

Terms of Use

Privacy Policy

**POPULAR JOBS**

New York Jobs

San Francisco Jobs

Seattle Jobs

Engineering Jobs

Marketing Jobs

Information Technology Jobs

**GET INVOLVED**

For Employers

The Muse Book: The New Rules of Work

Podcast: The New Rules of Work

For Career Coaches

For Developers

Send Feedback About The Muse

Tell A Friend

**JOIN THE CONVERSATION**

EXHIBIT 5