\---------- Forwarded message ---------
From: **Sosha Furman** <sosha@kafene.com>
Date: Thu, Jun 23, 2022 at 8:08 AM
Subject: Re: Personal Matter for Debra Creighton
To: Debra Creighton <roar19812001@gmail.com>

Hi Debra,

Confirmed I have received your email and thank you for bringing it to my attention.

I will be in touch with next steps .

> On Jun 22, 2022, at 1:52 PM, Debra Creighton <roar19812001@gmail.com> wrote:
>
> Sosha,
>
> I am sending you a copy of the attached so that you will have the opportunity to see more information about some concerns that I have about my work environment. It is my hope that this information may allow you to better correct the issues I am reporting to the EEOC. I appreciate your attention to these matters.
>
> Respectfully,
>
> Debra Creighton

EXHIBIT 7

EEOC Form 5 (5/01)

## CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented to:    Agency(ies) Charge No(s):
X FEPA
X EEOC

**510-2022-05678**

Florida Commission on Human Relations and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Debra Creighton | 786-222-1449 | 09/20/1981 |

| Street Address | City, State and ZIP Code |
|---|---|
| 1783 North Croton Road | Avon Park, Florida 33825 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Kafene, Inc. | 15+ | 917-612-0912 |

| Street Address | City, State and ZIP Code |
|---|---|
| 377 PARK AVENUE SOUTH, 7TH FLOOR, NEW YORK, NY 10016 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| JUSTWORKS EMPLOYMENT GROUP LLC | 15+ | 917-612-0912 |

| Street Address | City, State and ZIP Code |
|---|---|
| 55 Water Street, 29th Floor, New York, NY 10041 | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

__ RACE   __ COLOR   X SEX   __ RELIGION   __ NATIONAL ORIGIN

X RETALIATION   __ AGE   __ DISABILITY   __ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: January 2022   Latest: Ongoing as of 6/8/22

X CONTINUING ACTION

**THE PARTICULARS ARE:** I am employed by Kafene, Inc. and I believe that Justworks Employment Group, LLC, the entity that serves as a PEO for Kafene, Inc., may qualify as a joint employer with Kafene, Inc. I began my employment with Kafene, Inc. in January 2022 as an area sales manager. I am based out of Avon Park, Florida, and serve the Florida market. At the start of my employment, I was informed that my sales territory would be exclusively available to me. However, that has not held true, as several males have encroached on my territory and, as a result, taken sales opportunities away from me. This has resulted in decreased sales numbers to me, as well as lower pay. I believe that I am being discriminated against on the basis of my sex, female, as Kafene, Inc. has permitted similarly situated male employees to violate these sales policies without reprisal, while prohibiting me and other females from seeking sales in territories assigned to male employees. I have reported my concerns about the ongoing discriminatory conduct up the chain-of-command several times and, each time, my reports and objections were ignored and/or dismissed. I believe that I am being retaliated against for this protected conduct by having my sales opportunities diminished and possibly being set-up for termination. I believe the Respondent(s) violated the Florida Civil Rights Act of 1992, Title VII of the Civil Rights Act of 1964, as amended, and the Equal Pay Act of 1963.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – When necessary for State and Local Agency Requirements

I declare under penalty of perjury that the above is true and correct.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINING PARTY

06 / 08 / 2022
Date    Charging Party Signature

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

Please contact via counsel of record: Shaina Thorpe, ThorpeLaw, P.A. 1228 E. 7th Ave. Ste. 200, Tampa, FL 33605 Tel: (813) 400-0229; Fax (813) 944-5223; Email: shaina@thorpelaw.net

**EEOC-MDO**
**Received 06/09/2022**

Doc ID: 0ca7a60a46c9b85a419ca1acfb5886bde8d55c2

To: Page: 3 of 3   2022-06-09 15:20:25 GMT   18139445223 (Thorpe & Thorpe, P   From: Thorpe Law P.A.

EEOC Form 5 (5/01)

## CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented to:    Agency(ies) Charge No(s):

X FEPA
X EEOC    **510-2022-05677**

Florida Commission on Human Relations and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Debra Creighton | 786-222-1449 | 09/20/1981 |

Street Address: 1783 North Croton Road    City, State and ZIP Code: Avon Park, Florida 33825

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Kafene, Inc. | 15+ | 917-612-0912 |

Street Address: 377 PARK AVENUE SOUTH, 7TH FLOOR, NEW YORK, NY 10016

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| JUSTWORKS EMPLOYMENT GROUP LLC | 15+ | 917-612-0912 |

Street Address: 55 Water Street, 29th Floor, New York, NY 10041

DISCRIMINATION BASED ON (Check appropriate box(es).)

__ RACE  __ COLOR  X SEX  __ RELIGION  __ NATIONAL ORIGIN

X RETALIATION  __ AGE  __ DISABILITY  __ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: January 2022    Latest: Ongoing as of 6/8/22

X CONTINUING ACTION

THE PARTICULARS ARE: I am employed by Kafene, Inc. and I believe that Justworks Employment Group, LLC, the entity that serves as a PEO for Kafene, Inc., may qualify as a joint employer with Kafene, Inc. I began my employment with Kafene, Inc. in January 2022 as an area sales manager. I am based out of Avon Park, Florida, and serve the Florida market. At the start of my employment, I was informed that my sales territory would be exclusively available to me. However, that has not held true, as several males have encroached on my territory and, as a result, taken sales opportunities away from me. This has resulted in decreased sales numbers to me, as well as lower pay. I believe that I am being discriminated against on the basis of my sex, female, as Kafene, Inc. has permitted similarly situated male employees to violate these sales policies without reprisal, while prohibiting me and other females from seeking sales in territories assigned to male employees. I have reported my concerns about the ongoing discriminatory conduct up the chain-of-command several times and, each time, my reports and objections were ignored and/or dismissed. I believe that I am being retaliated against for this protected conduct by having my sales opportunities diminished and possibly being set-up for termination. I believe the Respondent(s) violated the Florida Civil Rights Act of 1992, Title VII of the Civil Rights Act of 1964, as amended, and the Equal Pay Act of 1963.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – When necessary for State and Local Agency Requirements

I declare under penalty of perjury that the above is true and correct.

06 / 08 / 2022
Date    *Charging Party Signature*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINING PARTY

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

Please contact via counsel of record: Shaina Thorpe, ThorpeLaw, P.A. 1228 E. 7th Ave. Ste. 200, Tampa, FL 33605 Tel: (813) 400-0229; Fax: (813) 944-5223; Email: shaina@thorpelaw.net

EEOC-MDO
Received 06/09/2022

Doc ID: 0ce7a60e46c9b8b419ee1asft590f6dcd855c2